**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Bill Ibrahim, | |
| Plaintiff, | Case No. 1: 07-cv-02295RMC |
| *v.* | |
| Unisys Corporation, | |
| Defendant. | |

**NOTICE OF APPEARANCE OF FRANK C. MORRIS, JR.**

Please take notice that Frank C. Morris, Jr. of the law firm Epstein Becker & Green, P.C., hereby enters his appearance on behalf of Unisys Corporation in the above-referenced matter.  Mr. Morris has been a member in good standing of the District of Columbia Bar since 1977.  Please direct a copy of all future correspondence to Mr. Morris at Epstein Becker & Green, P.C. 1227 25th Street, N.W., Suite 700, Washington, D.C. 20037 (fmorris@ebglaw.com).

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.


  /s/ Frank C. Morris, Jr.
Frank C. Morris, Jr., Esq.
District of Columbia Bar No. 211482

Epstein Becker and Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
fmorris@ebglaw.com
(202) 861-0900
(202) 296-2882 (fax)


DATED: January 15, 2008                    Counsel for Defendant Unisys Corporation

DC:1259494v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2008, I served a copy of the

foregoing Notice of Appearance of Frank C. Morris, Jr. electronically through the Court's

Electronic Court Filing system and by first class mail to:

> John E. Carpenter, Esquire
> 910 17th Street, N.W.
> Suite 800
> Washington, D.C. 20006

> /s/ Frank C. Morris, Jr.
> Frank C. Morris, Jr., Esq.
> D.C. Bar No. 211482