IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL IBRAHIM<br><br>            Plaintiff,<br><br>v.<br><br>UNISYS CORPORATION,<br><br>           Defendant. | Case: 1:07-CV-02295 |

**STIPULATION OF EXTENSION OF TIME**

Plaintiff Bill Ibrahim and Defendant Unisys Corporation ("Unisys"), by and through their attorneys, hereby stipulate and agree that the date by which Unisys shall answer, move, or otherwise plead in response to the Complaint in the above-captioned action shall be extended until, and including, March 4, 2008.

_____
Frank C. Morris, Jr. (#211482)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, D.C. 20037-1156
(202) 861-1880

_____
John E. Carpenter (#420756)
910 17th Street, NW
Suite 800
Washington, D.C. 20006
(202) 887-5445

Approved and so ordered
this ___ day of _____, 2008.

_____
Hon. Rosemary M. Collyer