IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL IBRAHIM<br><br>               Plaintiff,<br>v.<br><br>UNISYS CORPORATION,<br><br>               Defendant. | :<br>:<br>:<br>:    Case: 1:07-CV-02295 RMC<br>:<br>:<br>:<br>:<br>: |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER AND/OR MOTION TO DISMISS

Defendant Unisys Corporation ("Unisys"), by and through their attorneys, hereby moves this Court to grant its Consent Motion for Extension of Time to File an Answer and/or Motion to Dismiss under Fed. R. Civ. P. 6(b). Plaintiff Bill Ibrahim joins Defendant Unisys and gives his consent to the Defendant's motion. For the reasons outlined below, Defendant respectfully requests the Court extend the time for it to file an Answer and/or Motion to Dismiss until, and including, March 4, 2008.

The Plaintiff filed its Complaint in the above-captioned case on December 20, 2007, on the eve of the holiday season. The Defendant has recently retained the undersigned counsel to represent it in the above-captioned action. The undersigned counsel needs additional time to conduct an investigation into the allegations made by the Plaintiff and prepare a proper defense, all of which constitute good cause under Fed. R. Civ. P. Rule 6(b). Plaintiff Ibrahim having no objection, has consented to this motion.

For all of the reasons stated above, Defendant Unisys respectfully requests this Court grant its Consent Motion for Extension of Time to File An Answer And/Or Motion to

Dismiss under Fed. R. Civ. P. 6(b) until, and including March 4, 2008.

                                                  Respectfully Submitted,

                                                  _/s/ Frank C. Morris, Jr._ _____  
                                                  Frank C. Morris, Jr. (#211482)  
                                                  EPSTEIN BECKER & GREEN, P.C.  
                                                  1227 25th Street, NW  
                                                  Suite 700  
                                                  Washington, D.C. 20037-1156  
                                                  (202) 861-0900   Telephone  
                                                  (202) 296-2882   Facsimile  
                                                  Counsel for Defendant Unisys

                                                _/s/ John E. Carpenter_ _____  
                                                  John E. Carpenter (#420756)  
                                                  910 17th Street, NW  
                                                  Suite 800  
                                                  Washington, D.C. 20006  
                                                  (202) 887-5445   Telephone  
                                                  Counsel for Plaintiff Ibrahim

January 22, 2008

**CERTIFICATE OF SERVICE**

  The undersigned counsel for the Defendant hereby certifies that a true and correct copy of the attached Consent Motion for Extension of Time to File An Answer And/Or Motion to Dismiss was served on the 22nd day of January, 2008 via Electronic Service upon the following attorney for the Plaintiff:

> John E. Carpenter, Esq.
> 910 17th Street, N.W. Suite 800
> Washington, D.C. 20006

            /s/ Frank C. Morris, Jr.
            Frank C. Morris, Jr.

January 22, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL IBRAHIM | : |
| Plaintiff, | : |
| v. | : Case: 1:07-CV-02295 RMC |
| UNISYS CORPORATION, | : |
| Defendant. | : |

## PROPOSED ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time to File An Answer And/Or Motion to Dismiss under Fed. R. Civ. P. 6(b) until, and including March 4, 2008, this Court hereby GRANTS the Defendant's Motion, finding good cause.

IT IS SO ORDERED,

_____                    _____
Date                                    United States District Court Judge

DC:1272590v1