A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  )  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
(Attorney's Name)

case for:_____
(Name of party or parties)


_____         /s Brian Steinbach
                                        _____
Date                                    Signature

                                        _____
_____          Print Name
BAR IDENTIFICATION
                                        _____
                                        Address

                                        _____
                                        City        State        Zip Code

                                        _____
                                        Phone Number