**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BILL IBRAHIM             :<br>                         :<br>        Plaintiff,     :<br>                         :<br>                         :<br>UNISYS CORPORATION,      :<br>                         :<br>        Defendant.       :<br>                         : | Case:  1:07-CV-02295 RMC |

**CORPORATE DISCLOSURE CERTIFICATE RULE 7.1**

Defendant Unisys Corporation ("Unisys"), by and through their attorneys, hereby and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1 submits the following Corporate Disclosure Statement:

**I.     Parent Corporation**

Unisys does not have a parent corporation.

**II.    Publicly Held Companies Owning 10% or More of Its Stock**

There are no publicly held corporations owning 10% or more of Unisys' stock.

**III.   Local Rule 7.1 Disclosure of Parent Companies, Subsidiaries or Affiliates with Outstanding Securities in the Public Hands**

I, the undersigned counsel of record for Unisys certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Unisys which have any outstanding securities in the hands of the public:

None.  Unisys does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

                              Respectfully Submitted,

                                s/ Frank C. Morris, Jr.
                              Frank C. Morris, Jr. (#211482)
                              EPSTEIN BECKER & GREEN, P.C.
                              1227 25th Street, N.W.
                              Suite 700
                              Washington, D.C. 20037-1156
                              (202) 861-0900   Telephone
                              (202) 296-2882   Facsimile

                              COUNSEL FOR DEFENDANT UNISYS

February 4, 2008

## **CERTIFICATE OF SERVICE**

The undersigned counsel for the Defendant hereby certifies that a true and correct copy of the attached Corporate Disclosure Certificate was served on the 4th day of February, 2008 via Electronic Service upon the following attorney for the Plaintiff:

>John E. Carpenter, Esq.
>910 17th Street, N.W. Suite 800
>Washington, D.C. 20006

_____
Frank C. Morris, Jr.