# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL IBRAHIM | * |
| | * |
| | *   Case:  1:07-cv-02295 RMC |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| UNISYS CORPORATION | * |
| | * |
| | * |
| Defendant. | * |

## MOTION FOR PRO HAC VICE ADMISSION OF ALAN M. KINTISCH

Defendant UNISYS Corporation ("UNISYS") by and through its undersigned counsel, respectfully moves this Court for *Pro Hac Vice* Admission of Alan M. Kintisch, Esquire to serve as co-defense counsel in the above-captioned matter.  Defendant's motion is supported by good cause and the Defendant has included a Declaration from Alan M. Kintisch attesting to his qualifications to receive *pro hac vice* admission.  (Exhibit A).  The sponsor and undersigned counsel, Frank C. Morris, Jr., is a member of the District of Columbia Bar in good standing.

For all of the above stated reasons, the Defendant respectfully requests this Court grant its Motion for *Pro Hac Vice* Admission of Alan M. Kintisch.

Respectfully Submitted,

 s/ Frank C. Morris, Jr.
Frank C. Morris, Jr. #211482
Epstein, Becker & Green, P.C.
1227 25th Street, N.W.
Washington, D.C.  20037
(202) 861-0900 Telephone
(202) 296-2882 Facsimile
Attorney for Defendant UNISYS

February 4, 2008

DC:1286117v1

**CERTIFICATE OF SERVICE**

The undersigned counsel for the Defendant hereby certifies that a true and correct copy of the attached Motion for Pro Hac Vice Admission of Alan M. Kintisch was served on the 4th day of February, 2008 via Electronic Service upon the following attorney for the Plaintiff:

> John E. Carpenter, Esq.
> 910 17th Street, N.W. Suite 800
> Washington, D.C. 20006

>  s/ Frank C. Morris, Jr.
> Frank C. Morris, Jr.

DC:1286117v1

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL IBRAHIM | * |
| | * |
| | * Case: 1:07-cv-02295 RMC |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| UNISYS CORPORATION | * |
| | * |
| | * |
| Defendant. | * |

## **DECLARATION OF ALAN M. KINTISCH**

1. My name is Alan M. Kintisch and I am over 18 years old.

2. I work as an Assistant General Counsel for Unisys Corporation. My office address is M/S E-8-108 Unisys Way, Blue Bell, PA 19424. My telephone number is (215) 986-5179. My facsimile number is (215) 540-1750 and my e-mail address is Alan.Kintisch@unisys.com.

3. I am an attorney admitted to practice law before the Pennsylvania Supreme Court on December 14, 1993, the United States District Court for the Eastern District of Pennsylvania on January 31, 1994, and the United States Court of Appeals for the Third Circuit on May 8, 1995.

4. I certify that I am in good standing in all of the courts to which I have been admitted and have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia and I am not a member of the District of Columbia bar.

7. I do not have an application for membership pending before the District of Columbia bar.

8. I have associated myself with Frank C. Morris, Jr., a shareholder at Epstein Becker & Green, P.C. who is a member of the District of Columbia bar in good standing, and is admitted to practice before this Court.

DC:1258985v1

9.  I agree to familiarize myself with and abide by the local rules of this Court and the Federal Rules of Civil Procedure.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of January 2008 at Blue Bell, Pennsylvania.

_____
Alan M. Kintisch

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILL IBRAHIM | * |
| | * |
| | *   Case:  1:07-cv-02295 RMC |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| UNISYS CORPORATION | * |
| | * |
| | * |
| Defendant. | * |

## **PROPOSED ORDER**

Upon consideration of Defendant's Motion for *Pro Hac Vice* Admission of Alan M. Kintisch, and the supporting declaration, this Court hereby GRANTS the Defendant's Motion finding good cause.

IT IS SO ORDERED,

_____      _____
Date                                                     United States District Court Judge

DC:1286110v1