### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BILL IBRAHIM,**<br><br>          **Plaintiff,**<br><br>    ***v.***<br><br>**UNISYS CORPORATION,**<br><br>          **Defendant.** | **Case No. 1:07-CV-02295 RMC** |

### PRAECIPE

Please withdraw the appearance of Alan M. Kintisch as an attorney for Defendant

Unisys Corporation. Frank C. Morris, Jr., and Brian Steinbach of Epstein Becker & Green,

P.C. remain as counsel of record for Defendant Unisys Corporation.

Respectfully submitted,


| | |
|---|---|
|     /s/ Alan M. Kintisch |     /s/ Brian Steinbach |
| Alan M. Kintisch | Frank C. Morris, Jr. |
| Admitted pro hac vice | Bar No. 211482 |
| (Signed by Brian Steinbach with the | Brian Steinbach |
| permission of Alan M. Kintisch) | Bar No. 256727 |
| Assistant General Counsel | Epstein Becker & Green, P.C. |
| Unisys Corporation | 1227 25th Street, N.W., Suite 700 |
| M/S E-8-108 | Washington, D.C. 20037 |
| Unisys Way | (202) 861-0900 |
| Blue Bell, PA 19424 | |
| (215) 986-5179 | |
| | |
| | Attorneys for Defendant Unisys Corporation |
| DATED:  April 21, 2008 | |

DC:1366946v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing

Praecipe was served on the 21st day of April, 2008 via electronic delivery upon the

following:

> John E. Carpenter, Esq.
> 910 17th Street, N.W. Suite 800
> Washington, D.C. 20006
>
> Counsel for Plaintiff

>    /s/ Brian Steinbach       
> Brian Steinbach